1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
4  Assistant United States Attorney
          Federal Building, Suite 7211
5         300 North Los Angeles Street
          Los Angeles, California 90012
6         Telephone: (213) 894-2729
          Facsimile: (213) 894-0015
7         E-mail: valerie.makarewicz@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

9

10              UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13  IN THE MATTER OF THE TAX              No. CV 14-02899-RGK (MANx)
    INDEBTEDNESS OF:
14                                        [~~PROPOSED~~] NOTICE TO
    RAYMOND WEBSTER,                      RESPONDENT AND ORDER TO SHOW
15                                        CAUSE

16           Respondent.                  Redacted Version

17

18

19

20

21

22

23

24

25

26

27

28

                              1

1    Based on the Petition, Memorandum of Points and Authorities, and Declaration,

2  the Court finds that Petitioner has established its prima facie case for judicial approval of

3  an IRS levy on the principal residence of Raymond Webster (Respondent) located at

4  Identifier "A" [redacted from public case file pursuant to Local Rule 79-5.4] (the

5  property), in order to sell the property and apply the proceeds to Respondent's

6  outstanding income tax liability for tax years 2005 through 2010, inclusive.

7    IT IS ORDERED that copies of the following documents be served on Respondent

8  by personal delivery or certified mail:

9    1.    This Order; and

10    2.    The Petition, Memorandum of Points and Authorities, and Declaration.

11  Service may be made by any employee of the IRS or the United States Attorney's

12  Office.

13    IT FURTHER IS ORDERED that Respondent has 21 days to from the date this

14  order is served to file a written Objection to the Petition with the Clerk of the District

15  Court and mail a copy of the Objection to Petitioner.

16    IT FURTHER IS ORDERED that Respondent's Objection may raise the

17  following defenses:  (1) the underlying tax liability has been satisfied; (2) Respondent

18  has other assets from which the liability can be satisfied; and (3) the IRS did not follow

19  the applicable laws or procedures pertaining to the levy.  However, Respondent is not

20  permitted to challenge the merits underlying the tax liability.

21    IT FURTHER IS ORDERED that Respondent appear before this District Court of

22  the United States for the Central District of California, at the following date, time and

23  address, and show cause why the Court should not enter an order approving the IRS

24  administrative levy on the property:

25  ///

26  ///

27  ///

28

1    Date:           June 16, 2014

2    Time:           9:00 am

3    Courtroom:     850

4    Address:       Roybal Federal Building and United States Courthouse

5                      255 E. Temple Street, Los Angeles, California, 90012

6

7       IT IS FURTHER ORDERED that all motions and issues raised by the pleadings

8 will be considered on the return date of this Order.  Only those issues timely raised by

9 motion or brought into controversy by the responsive pleadings and supported by sworn

10 statements filed within 21 days after service of this Order will be considered by the

11 Court.  All allegations in the Petition not contested by such responsive pleadings or by

12 sworn statements will be deemed admitted.

13       IT IS FURTHER ORDERED that if Respondent fails to file an Objection to the

14 Petition within 21 days of service of this order, or if Respondent fails to appear before

15 the Court as instructed, the Court may enter an Order approving the IRS levy on the

16 property.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ////

24 ///

25 ///

26 ///

27 ///

28 ///

1    IT IS FURTHER ORDERED that if, prior to the return date of this Order,

2  Respondent files a response with the Court stating that Respondent does not oppose the

3  relief sought in the Petition, nor wish to make an appearance, then the appearance of

4  Respondent at any hearing pursuant to this Order to Show Cause is excused, and the IRS

5  may levy the property.

6    **IT IS SO ORDERED.**

7

8    DATED:  April 30, 2014

9    _____

10    U.S. DISTRICT COURT JUDGE

11

12  Submitted By:

13  ANDRÉ BIROTTE JR.
    United States Attorney
14  SANDRA R. BROWN
15  Assistant United States Attorney
    Chief, Tax Division
16

17

18  _____
    VALERIE L. MAKAREWICZ
19  Assistant United States Attorney
    Attorneys for United States of America
20

21

22

23

24

25

26

27

28

4